**FILED**
January 24, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )
                             )     Case No. 2:13-MJ-00019-DAD
          Plaintiff,         )
                             )
v.                           )     ORDER FOR RELEASE OF
                             )     PERSON IN CUSTODY
JOHN G. POLAND,              )
                             )
          Defendant.         )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release JOHN G. POLAND, Case No. 2:13-MJ-00019-DAD, Charge Title 18 USC § 1512, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

\_   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 100,000 (co-signed)

  ✔   Unsecured Appearance Bond

  \_   Appearance Bond with 10% Deposit

  \_   Appearance Bond with Surety

  \_   Corporate Surety Bail Bond

  ✔   (Other)      with pretrial supervision and conditions of release as

                   stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on January 24, 2013 at 4:00 pm.

By _____
Dale A. Drozd
United States Magistrate Judge