BENJAMIN B. WAGNER
United States Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700



FILED

FEB 7 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
            DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,                 )   CR NO. 2:13-CR-0046 KJM
                                          )
                Plaintiff,                )   VIOLATIONS: 18 U.S.C. §
                                          )   1512(b)(1) and (b)(2)(B) -
                                          )   Tampering with a Witness, Victim,
        v.                                )   or Informant (3 Counts); 18 U.S.C.
                                          )   § 1512(c)(1) and (2) - Obstruction
                                          )   of Official Proceeding
                                          )
JOHN GERALD POLAND,                       )
                                          )
                Defendant.                )
_____)

## INDICTMENT

COUNT ONE: [18 U.S.C. § 1512(b)(1) and (b)(2)(B) - Tampering with a Witness, Victim, or Informant]

The Grand Jury charges: T H A T

JOHN GERALD POLAND,

defendant herein, on or about June 29, 2011, in the State and Eastern District of California, did knowingly intimidate, threaten, and corruptly persuade witness V.C., and engage in misleading conduct toward witness V.C., and attempt to do so, with intent to influence,

INDICTMENT                                                                1

delay, and prevent the testimony of V.C. in an official proceeding, and to cause and induce witness V.C. to alter, destroy, mutilate, and conceal an object, including a cellular telephone, with the intent to impair the object's integrity and availability for use in an official proceeding, to wit a federal drug trafficking investigation of T.G.U. in violation of Title 18, United States Code, Sections 1512(b)(1) and (b)(2)(B).

COUNT TWO: [18 U.S.C. § 1512(b)(1) and (b)(2)(B) - Tampering with a Witness, Victim, or Informant]

The Grand Jury further charges: T H A T

JOHN GERALD POLAND,

defendant herein, between on or about October 18, 2011 and on or about November 21, 2011, in the State and Eastern District of California, did knowingly intimidate, threaten, and corruptly persuade witness V.C., and engage in misleading conduct toward witness V.C., and attempt to do so, with intent to influence, delay, and prevent the testimony of V.C. in an official proceeding, and to cause and induce witness V.C. to alter, destroy, mutilate, and conceal an object, including electronic records, telephone records, and his gifts to her, with the intent to impair the object's integrity and availability for use in an official proceeding, to wit a federal drug trafficking investigation of T.G.U. and a federal investigation of defendant Poland for violations of Title 18, United States Code, Sections 245, 1512, 2232, and 2251; all in violation of Title 18, United States Code, Sections 1512(b)(1) and (b)(2)(B).

COUNT THREE: [18 U.S.C. § 1512(b)(1) and (b)(2)(B) - Tampering with a Witness, Victim, or Informant]

The Grand Jury further charges: T H A T

JOHN GERALD POLAND,

defendant herein, between on or about November 29, 2011 and on or about December 20, 2011, in the State and Eastern District of California, did knowingly intimidate, threaten, and corruptly persuade witness A.W., and engage in misleading conduct toward witness A.W., and attempt to do so, with intent to influence, delay, and prevent the testimony of victim A.W. in an official proceeding, and to cause and induce victim A.W. to alter, destroy, mutilate, and conceal an object, including records, notes, and his gifts to her, with the intent to impair the object's integrity and availability for use in an official proceeding, to wit a federal investigation of defendant Poland for violations of Title 18, United States Code, Sections 245, 1512, and 2251; all in violation of Title 18, United States Code, Sections 1512(b)(1) and (b)(2)(B).

COUNT FOUR:     [18 U.S.C. § 1512(c)(1) and (2) - Obstruction of Official Proceeding]

The Grand Jury further charges: T H A T

JOHN GERALD POLAND,

defendant herein, between on or about June 29, 2011 and December 20, 2011, in the State and Eastern District of California, did corruptly alter, destroy, mutilate, and conceal a record, document, and other object with the intent to impair the object's integrity and availability for use in an official proceeding, and did otherwise obstruct, influence, and impede an official proceeding, to wit a federal drug trafficking investigation of T.G.U. and a federal investigation of defendant Poland for violations of Title 18, United States Code, Sections 245, 1512, 2232, and 2251, and attempt to do so, by destroying evidence, by using a GPS jamming device, by using an internet facility to conceal communications, and by providing

incomplete and false statements, all in violation of Title 18, United States Code, Sections 1512(c)(1) and (2).

A TRUE BILL.

/s/
———————————————
FOREPERSON

———————————————
BENJAMIN B. WAGNER
United States Attorney

*No.* _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

### JOHN GERALD POLAND

### INDICTMENT

**VIOLATIONS:** 18 U.S.C. § 1512 (b) (1) and (b) (2) (B) - TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT (3 COUNTS); 18 U.S.C. § 1512 (c) (1) and (2) - OBSTRUCTION OF OFFICIAL PROCEEDING

*A true bill,*

/S/

*Foreman.*

*Filed in open court this* 7 *day*

*of* February *, A.D. 20* 13

*Clerk.*

*Bail, $* _____

**NO PROCESS NECESSARY**

GPO 863 525

# PENALTY SLIP

## JOHN GERALD POLAND

**COUNTS 1-3**
VIOLATION:   18 U.S.C. § 1512 (b) (1) and (b) (2) (B) - Tampering with Witness, Victim, or Informant
PENALTY:   Not More Than 20 Years, and
Not more than $250,000.00 fine
3 years TSR
Restitution

**COUNT 4**
VIOLATION:   18 U.S.C. § 1512 (c) (1) and (2) - Obstruction of Official Proceeding
PENALTY:   Not More Than 20 Years, and
Not more than $250,000.00 fine, and Both
3 years TSR
Restitution

ASSESSMENT:   $100.00 special assessment (each count)