MARK J. REICHEL, Bar #155034
Attorney At Law
455 Capitol Mall, 3rd Floor, Suite 350
Sacramento, California  95814
Telephone: (916) 498-9258
Fax:       (916) 441-6553
mark@reichellaw.com
www.reichelplesser.com

Attorney for Defendant
JOHN POLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO. CR.S-13-046-KJM |
| Plaintiff, ) | |
| ) | STIPULATION TO MODIFY TERMS OF |
| v. ) | PRETRIAL RELEASE |
| ) | |
| ) | Date: N/A |
| ) | Time: N/A |
| JOHN POLAND, ) | Judge: Hon. Dale A. Drozd |
| ) | |
| Defendant. | |

It is hereby stipulated by and between the parties hereto, that the terms of the defendant's pretrial release, shall be modified as follows:

Defendant shall be allowed to contact and be in the presence of CYNTHIA CERVERA.

All other terms of the defendant's pretrial release shall remain in full force and effect.

Stipulation to modify pretrial release

DATED: May 24, 2013.         Respectfully submitted,

                                MARK J. REICHEL, ESQ.
                                /s/ MARK J. REICHEL
                                MARK J. REICHEL
                                Attorney for defendant


                                BENJAMIN WAGNER
                                United States Attorney

DATED: May 24, 2013          /s/MARK J. REICHEL for:
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**ORDER**

IT IS SO ORDERED.  For the reasons set forth above, the court modifies the terms of the defendant's release as set forth above.  All other terms and conditions of the defendant's pretrial release shall remain in full force and effect.

DATED: May 28, 2013

*[signature: Allison Claire]*

THE HONORABLE ALLISON CLAIRE
United States District Court Judge