AUGUST 28, 2013


The Honorable Kimberly J. Mueller
United States District Court Judge
501 I Street, 15th Floor
Sacramento, CA 95814

    Re: United States v. Johnny Poland


    Your honor:

    Thank you for your thoughtful consideration of my matter. I am aware first of all about how many cases your courts have to hear. As well, I would like you to know at the outset that I do very well understand the seriousness and importance of a criminal case in the United States District Court. This is the reason my lawyer and I have worked so hard to make sure that while I plead guilty, that I also tell the complete truth to the court and make clear the depth of my conduct as well as my complete and unequivocal remorse.

    For my crime in this case I made very serious mistakes in judgement and discretion, products of very poor thinking and with a lack or awareness of the consequences of my conduct. I admit that I am guilty of the crime as charged, obstruction of justice. I do not dispute that at all. I had become very over confident, felt and acted at times like I was "above the law." I have read Ms. Alger's report from probation and can understand her sentiments in that regard.

    I am actually partially glad that this happened and stopped my behavior. I will never act like that or allow myself to engage in that type of decision making, acting, and conduct.

    First of all, the atmosphere where I worked as a South Lake Tahoe Police Officer had many people that acted the way I did. It was an office that at times almost encouraged the behavior I displayed, and it also often caused extreme friction and stress amongst the officers. It was a very difficult place to work.

Next, while I am stressing to the court my admission of guilt, I want the court to know that I also learned a lesson about what is wrong and what is right from watching the FBI act in my case. As I stated moments ago, my police force itself was a place where ethics and morality often were dispensed with, and some corruption of the justice process occurred.  In the investigation into my case, I kept hearing the same story from friends and co workers about how they felt pressured and cajoled and harassed and improperly threatened by the FBI in the FBI's investigation of me. I know that I have done wrong, and I do not deny that nor will I ever. But this court needs to know the truth in the case, and the truth includes the story of how the FBI acted when they investigated and prosecuted me.  I hope it does not happen to someone else ever again; I learned firsthand how traumatic that can be.

As a result of this case, I have genuinely lost everything that I have worked my while life for. I have lost my job, my pension, all simple assets that I have ever had. I have been tremendously exposed in the news media in my small community, and the news coverage is very harsh and inflammatory.  I can count on the fact that it will be extremely harsh for me to ever try to have any job that requires a background check. My case became very high profile and I am a person who was completely unprepared for that.

I have wonderful children who I have hurt very much. No one will ever know how much they have suffered, and that sincerely causes me extreme anguish.  I have a supportive ex wife, and a great significant other.  These people have been tremendously hurt by my behavior.

I also kn ow very well what happens to ex police officers in the prison system, as well as those with scandalous charges like mine. I am fully appreciative of the consequences of my behavior.

I thank the court again for your consideration of my case.